

Johnson
Madison Street
MD 21202-4295

Hasler
07/18/201
US POST
$00.48
ZIP 21202
011D11168871

Office of the Clerk
United States District Court
Western District of Pennsylvania
700 Grant Street
RM 3110
Pittsburgh, PA 15219

Legal
Mail