# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID S. JOHNSON, | ) | |
| Plaintiff, | ) | Civil Action No. 16-1068 |
| v. | ) | Judge Cathy Bissoon |
| | ) | Chief Magistrate Judge Cynthia Reed Eddy |
| SARA FALOTICO, *et al.*, | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to Chief United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 13, 2019, Chief Magistrate Judge Eddy issued a Report and Recommendation (Doc. 76) recommending that Plaintiff's Motion to Dismiss (Doc. 75) be treated as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) and that this case be dismissed with prejudice. The Report and Recommendation was sent to Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in this case, together with the Report and Recommendation, it hereby is ORDERED that: Plaintiff's Motion to Dismiss (Doc. 75) shall be construed as a stipulation of dismissal; this case shall be DISMISSED WITH PREJUDICE; and Chief Magistrate Judge Eddy's Report and Recommendation (Doc. 76) is ADOPTED as the Opinion of the District Court.

IT IS SO ORDERED.

May 31, 2019

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via Electronic Filing):

All Counsel of Record
David S. Johnson